# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

139756

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CATHLEEN VON OPEL,
      Plaintiff-Appellant,

v

                                 SC: 139756
                                 COA: 292084
                                 Oakland CC: 1997-600764-DM

GEORG VON OPEL,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 24, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

0125

_____
Clerk